# Court of Appeals
# of the State of Georgia

ATLANTA, May 29, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2012.  IN RE: ESTATE OF ARMANDO DI GIACOMANTONIO, ADULT WARD.**

The *pro se* appellant in this case has requested to supplement the record with a number of items, ranging from filings to multiple transcripts. Given the somewhat vague references, it is unclear to this Court the totality of what Appellant seeks to add. Additionally, this Court is not in a position to know whether the requested items are relevant to the judgment challenged on appeal. Finally, there appears to have been a delay in transmitting the record to this Court, and we do not know how much impact this may have had on the items Appellant claims are missing from the appellate record or whether there would be further delay by supplementing the record with the many items Appellant requests.

In addition to the above concerns, this Court has a constitutional duty to "dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." GA. CONST. Art. 6, § 9, ¶ II.

Accordingly, due to the nature of Appellant's request and the other surrounding circumstances, we **REMAND** this case to the trial court. The trial court should ensure a complete record is prepared and transmitted with a verification that the items included were relied upon when it issued the judgment being considered on appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/29/2026*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*